| | | | | |
|---|---|---|---|---|
| Givens v. U.S. . . . . . . . . . . . . . | 15–CF–1126 | 05/11/2017 | Affirmed in part; Remanded in part | Richter |
| Niakan v. Moyer . . . . . . . . . . . | 15–CV–1111 | 05/11/2017 | Vacated & Remanded | Mott |
| Ballard v. Gibson, Dunn & Crutcher LLP . . . . . . . . . . . | 14–CV–651 | 05/04/2017 | Affirmed | Macaluso |
| Unfoldment, Inc. v. DC Contract Appeals Bd. . . . . . . . . | 13–AA–362 | 05/01/2017 | Affirmed | Contract Appeals Board |
| Massimo Dutti v. DC DOES/Hutchinson . . . . . . . | 16–AA–551 | 05/01/2017 | Affirmed | Compensation Review Board |